UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NICHOLAS SAMMIE LEE
SMITH, JR.,

    Plaintiff,

vs.                                Case No. 3:24cv611-TKW-ZCB

UNITED STATES DEPARTMENT
OF DEFENSE, et al.,

    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8) and Plaintiff's objection (Doc. 10). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that the amended complaint is an impermissible shotgun pleading.

The Court did not overlook Plaintiff's argument that the explanation he provided in "Doc. 7-1 … met and fulfilled the court's order, showing cause why this case should not be dismissed." However, the magistrate judge did not recommend dismissal for failure to show cause but rather because the deficiencies in the original complaint were not cured by the amended complaint. In essence, the magistrate

1

judge accepted Plaintiff's explanation for his failure to meet the deadline for filing an amended complaint and then reviewed the late-filed amended complaint to determine whether it complied with the applicable pleading requirements. The magistrate judge concluded—and the Court agrees—that the amended complaint, like the original complaint, is due to be dismissed as an impermissible shotgun pleading.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** because the amended complaint is an impermissible shotgun pleading.

3. All pending motions are **DENIED as moot**.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 31st day of March, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**